| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **COLE SCHOTZ P.C.** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Michael D. Sirota, Esq. |
| Joshua A. Sussberg, P.C. (*pro hac vice* pending) | Warren A. Usatine, Esq. |
| Matthew C. Fagen, P.C. (*pro hac vice* pending) | Felice R. Yudkin, Esq. |
| Oliver Paré (*pro hac vice* pending) | Court Plaza North, 25 Main Street |
| 601 Lexington Avenue | Hackensack, New Jersey 07601 |
| New York, New York 10022 | Telephone: (201) 489-3000 |
| Telephone: (212) 446-4800 | msirota@coleschotz.com |
| Facsimile: (212) 446-4900 | wusatine@coleschotz.com |
| joshua.sussberg@kirkland.com | fyudkin@coleschotz.com |
| matthew.fagen@kirkland.com | |
| oliver.pare@kirkland.com | |
| | |
| *Proposed Co-Counsel to the Debtors and* | *Proposed Co-Counsel to the Debtors and* |
| *the Debtors in Possession* | *the Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| EDDIE BAUER LLC, *et al*., | Case No. 26-11422 (SLM) |
| Debtors.[1] | (Joint Administration Requested) |

**DEBTORS' APPLICATION FOR**
**DESIGNATION AS CHAPTER 11 COMPLEX CASE**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The above-captioned debtors and debtors in possession (the "Debtors") respectfully submit this application (the "Application") for designation as a complex chapter 11 case pursuant to the Court's *General Order Governing Chapter 11 Complex Case Procedures*, dated August 1, 2024 (the "Complex Case Order"), and respectfully represent as follows:

---

[1] The last four digits of Debtor Eddie Bauer LLC's tax identification number are 6060. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/EddieBauer. The location of Debtor Eddie Bauer LLC's principal place of business is 10401 Northeast 8th Street, Suite 500, Bellevue, WA 98004; the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Suite B100, Plano, TX 75024.

1.	These Chapter 11 Cases qualify as complex chapter 11 cases under D.N.J. LBR 1002-2 and the Complex Case Order because:

(**select all applicable items**)

☒	The Debtors have total liabilities of more than $50 million;

☒	The Debtors have total assets of more than $50 million;

☒	There are more than 1,000 creditors in these cases;

☐	The Debtors' case is of high public interest;

☒	Other: Substantial explanation is required. (Attach additional sheets if necessary.) These chapter 11 cases would be administered most efficiently as a complex chapter 11 case.

Upon the foregoing Application, the Debtors respectfully request that the Court (a) enter an order substantially in the form attached hereto as **Exhibit A**, granting the Application, and (b) grant such other relief as is just and proper.

Dated: February 9, 2026

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
  wusatine@coleschotz.com
  fyudkin@coleschotz.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Matthew C. Fagen, P.C. (*pro hac vice* pending)
Oliver Paré (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:   joshua.sussberg@kirkland.com
  matthew.fagen@kirkland.com
  oliver.pare@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

## Exhibit A

**Proposed Order**

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (*pro hac vice* pending)<br>Matthew C. Fagen, P.C. (*pro hac vice* pending)<br>Oliver Paré (*pro hac vice* pending)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>joshua.sussberg@kirkland.com<br>matthew.fagen@kirkland.com<br>oliver.pare@kirkland.com<br><br>-and-<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone:   (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br><br>*Proposed Co-Counsel to the Debtors and*<br>*the Debtors in Possession* |

| | |
|---|---|
| In re:<br><br>EDDIE BAUER LLC, *et al*.,<br><br>    Debtors.[1] | Chapter 11<br><br>Case No. 26-11422 (SLM)<br><br>(Joint Administration Requested) |

---

[1]   The last four digits of Debtor Eddie Bauer LLC's tax identification number are 6060.  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/EddieBauer.  The location of Debtor Eddie Bauer LLC's principal place of business is 10401 Northeast 8th Street, Suite 500, Bellevue, WA 98004; the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Suite B100, Plano, TX 75024.

**ORDER GRANTING CHAPTER 11 COMPLEX CASE DESIGNATION**

The relief set forth on the following page, numbered three (3), is **ORDERED**.

(Page 3)
Debtors: EDDIE BAUER LLC, *et al.*
Case No. 26-11422 (SLM)
Caption of Order: Order Granting Complex Case Designation

---

After review of the initial pleadings filed in these cases, the Court concludes that these Chapter 11 Cases meet the eligibility requirements of a Chapter 11 Complex Case under D.N.J. LBR 1002-2, and therefore:

1. **IT IS ORDERED** that the request set forth in the *Debtors' Application for Designation as Chapter 11 Complex Case* pursuant to the Court's *General Order Governing Chapter 11 Complex Case Procedures* is **HEREBY GRANTED**; and

2. **IT IS FURTHER ORDERED** that the *Chapter 11 Complex Case Procedures* annexed to the Court's *General Order Governing Chapter 11 Complex Case Procedures* shall apply; and

3. **IT IS FURTHER ORDERED** that, within ten (10) days from the entry of this Order, the parties are directed to submit to chambers' email a proposed *Case Management Order* utilizing the *Local Form Chapter 11 Complex Case Management Order*. The Case Management Order must attach as an exhibit the *General Order* with annexed *Chapter 11 Complex Case Procedures*. Provisions outside the scope of the General Order must be highlighted for the Court's review.