**ROPES & GRAY LLP**
Gregg M. Galardi, Esq. (*pro hac vice* pending)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
E-mail: Gregg.Galardi@ropesgray.com

- and -

Michael Wheat, Esq. (*pro hac vice* pending)
Lauren Knight, Esq. (*pro hac vice* pending)
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606-4302
Telephone: (312) 845-1200
E-mail: Michael.Wheat@ropesgray.com
         Lauren.Knight@ropesgray.com

*Co-Counsel to the Consenting Term Loan Lenders*

**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman, Esq.
Gregory Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
E-mail:  ASherman@sillscummis.com
         GKopacz@sillscummis.com

*Co-Counsel to the Consenting Term Loan Lenders*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| EDDIE BAUER LLC, *et al*., | Case No. 26-11422 (SLM) |
| Debtors.[1] | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 2002, 9007, and

9010(b), the undersigned enters an appearance on behalf of the Consenting Term Loan Lenders.

Request is made that the documents filed in these cases be served on the undersigned at the

following addresses:

---

[1]   The last four digits of Debtor Eddie Bauer LLC's tax identification number are 6060. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/EddieBauer. The location of Debtor Eddie Bauer LLC's principal place of business is 10401 Northeast 8th Street, Suite 500, Bellevue, WA 98004; the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Suite B100, Plano, TX 75024.

**ROPES & GRAY LLP**
Gregg M. Galardi, Esq. (*pro hac vice* pending)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
E-mail: Gregg.Galardi@ropesgray.com

- and -

**ROPES & GRAY LLP**
Michael Wheat, Esq. (*pro hac vice* pending)
Lauren Knight, Esq. (*pro hac vice* pending)
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606-4302
Telephone: (312) 845-1200
E-mail: Michael.Wheat@ropesgray.com
        Lauren.Knight@ropesgray.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all notices and papers referred to in the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, and the Local Rules of the United States Bankruptcy Court District of New Jersey, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to these cases and any proceedings therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telex or otherwise, all of which shall be sent to the attorneys listed above.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Notices and Papers, nor any later appearance, pleading, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a judge of the United States District Court, (ii) the right to trial by jury in any proceeding related to this proceeding, (iii) the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the

- 2 -

20256458

right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the United States District Court, (v) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice, (vi) any election of remedy, or (vii) any other rights, claims, actions or defenses as appropriate, in law or in equity, all of which rights, claims, actions and defenses are expressly reserved.

Dated: February 9, 2026

*/s/ Gregory Kopacz, Esq.*
**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman, Esq.
Gregory Kopacz, Esq.
Oleh Matviyishyn, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Email:  ASherman@sillscummis.com
        GKopacz@sillscummis.com
        OMatviyishyn@sillscummis.com

*Co-Counsel to the Consenting Term Loan Lenders*

- 3 -

20256458