**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Matthew C. Fagen, P.C. (admitted *pro hac vice*)
Oliver Paré (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
matthew.fagen@kirkland.com
oliver.pare@kirkland.com

*Proposed Co-Counsel to the Debtors and the Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Proposed Co-Counsel to the Debtors and the Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| EDDIE BAUER LLC, *et al*., | Case No. 26-11422 (SLM) |
| Debtors.[1] | (Jointly Administered) |

# NOTICE OF CANCELLATION OF AUCTION

**PLEASE TAKE NOTICE** that, on February 10, 2026, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Approving the Bidding Procedures and Stalking Horse Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing the Sale of Assets, and (VII) Granting Related Relief* [Docket No. 65] (the "Bidding Procedures Order")[2] in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"). On February 18, 2026, the Ontario Superior Court of Justice (Commercial List) granted an order, among other things, recognizing and enforcing the Bidding Procedures Order in Canada.

---

[1] The last four digits of Debtor Eddie Bauer LLC's tax identification number are 6060. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/EddieBauer. The location of Debtor Eddie Bauer LLC's principal place of business is 10401 Northeast 8th Street, Suite 500, Bellevue, WA 98004; the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Suite B100, Plano, TX 75024.

[2] Capitalized terms used but not defined in this notice have the meanings given to them in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures and the Bidding Procedures Order, the Bid Deadline was set for March 3, 2026, at 5:00 p.m. (prevailing Eastern Time), and the Auction, if any, was set for March 6, 2026, at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Debtors did not receive any Qualified Bids prior to or on the Bid Deadline.

**PLEASE TAKE FURTHER NOTICE** that, on February 27. 2026, Mr. Colin Anten filed the *Sale and Investment Stalking Horse Bid Eddie Bauer LLC Solicitation Process* [Docket No. 213] (the "Anten Proposal"), prior to the Bid Deadline.

**PLEASE TAKE FURTHER NOTICE** that, in the Debtors' business judgment, the Anten Proposal does not comply with, and does not constitute a Qualified Bid pursuant to, the Bidding Procedures.  Among other things, the Anten Proposal fails to demonstrate the financial wherewithal necessary to consummate the contemplated transaction and contains numerous material factual and legal deficiencies, which is evident from any reading of the Anten Proposal.  The foregoing, together with communications between Mr. Anten and the Debtors' advisors, as well as Mr. Anten's similar, inactionable proposals in other chapter 11 proceedings, including in *Bed Bath & Beyond Inc.*, Case No. 23-13359 (VFP) (Bankr. D.N.J. Aug. 9, 2023) [Docket No.1865] and *Neiman Marcus Group LTD LLC*, Case No. 20-32519 (DRJ) (Bankr. S.D. Tex. May 11, 2020) [Docket No. 348], raises significant concerns regarding Mr. Anten's good faith intent and financial capacity to participate in the sale process or to serve as a Stalking Horse Bidder.  It is plainly obvious he cannot.

**PLEASE TAKE FURTHER NOTICE** that, in light of the foregoing, the Auction scheduled for March 6, 2026, at 10:00 a.m. (prevailing Eastern Time), is hereby **CANCELLED**, and the Sale Hearing is adjourned indefinitely.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding the cancellation of the Auction, the Debtors will consider any proposal, including a proposal to purchase some or all of the Debtors' Assets as a going concern, to the extent that the Debtors determine, in their business judgment, that such proposal would maximize the value of the Debtors' estates.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will continue store-closing sales at all of their brick-and-mortar locations unless and until a more value-maximizing transaction becomes available.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures, the Bidding Procedures Order, and any other related documents are available upon request to the Debtors' Claims and Noticing Agent, Stretto, Inc. by calling +1 833.437.6838 (U.S. / Canada) or +1 714.442.4326 (International), or visiting the Debtors' restructuring website at (https://cases.stretto.com/EddieBauer).

Dated: March 3, 2026

/s/  *Michael D. Sirota*

| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
|---|---|
| Michael D. Sirota, Esq. | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Warren A. Usatine, Esq. | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Felice R. Yudkin, Esq. | Matthew C. Fagen, P.C. (admitted *pro hac vice*) |
| Court Plaza North, 25 Main Street | Oliver Paré (admitted *pro hac vice*) |
| Hackensack, New Jersey 07601 | 601 Lexington Avenue |
| Telephone: (201) 489-3000 | New York, New York 10022 |
| msirota@coleschotz.com | Telephone: (212) 446-4800 |
| wusatine@coleschotz.com | Facsimile: (212) 446-4900 |
| fyudkin@coleschotz.com | joshua.sussberg@kirkland.com |
|  | matthew.fagen@kirkland.com |
|  | oliver.pare@kirkland.com |

*Proposed Co-Counsel to the Debtors and the Debtors in Possession*

*Proposed Co-Counsel to the Debtors and the Debtors in Possession*