| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bradford J. Sandler (NJ Bar No. 009521996)<br>Robert J. Feinstein (*pro hac vice* pending)<br>Shirley S. Cho (*pro hac vice* pending)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1600 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:   (212) 561-7777<br>bsandler@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>scho@pszjlaw.com<br><br>*Proposed Counsel for the Official Committee of Unsecured Creditors* | |
| In re:<br><br>EDDIE BAUER LLC, *et al.*,[1]<br><br><div align="center">Debtors.</div> | Chapter 11<br><br>Case No. 26-11422 (SLM)<br><br>(Jointly Administered) |

<div align="center">

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

</div>

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors hereby appears by its counsel, Pachulski Stang Ziehl & Jones LLP ("PSZJ").  PSZJ hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the

---

[1] The last four digits of Debtor Eddie Bauer LLC's tax identification number are 6060. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/EddieBauer. The location of Debtor Eddie Bauer LLC's principal place of business is 10401 Northeast 8th Street, Suite 500, Bellevue, WA 98004; the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Suite B100, Plano, TX 75024.

4898-3965-4291.1 20902.00001

official mailing matrix and service lists in these cases.  PSZJ requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon the Committee through service upon PSZJ at the addresses, telephone, and facsimile numbers set forth below:

> Bradford J. Sandler (NJ Bar. No. 009521996)
> Robert J. Feinstein (*pro hac vice* pending)
> Shirley S. Cho (*pro hac vice* pending)
> PACHULSKI STANG ZIEHL & JONES LLP
> 1600 Broadway, 36th Floor
> New York, NY 10019
> Telephone:  (212) 561-7700
> Facsimile:   (212) 561-7777
> bsandler@pszjlaw.com
> rfeinstein@pszjlaw.com
> scho@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any

4898-3965-4291.1 20902.00001

of the rights of the Committee, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  March 5, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Bradford J. Sandler*

Bradford J. Sandler (NJ Bar. No. 009521996)
Robert J. Feinstein (*pro hac vice* pending)
Shirley S. Cho (*pro hac vice* pending)
PACHULSKI STANG ZIEHL & JONES LLP
1600 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:   (212) 561-7777
bsandler@pszjlaw.com
rfeinstein@pszjlaw.com
scho@pszjlaw.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

3

4898-3965-4291.1 20902.00001