| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **COLE SCHOTZ P.C.** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Michael D. Sirota, Esq. |
| Joshua A. Sussberg, P.C. (admitted *pro hac vice*) | Warren A. Usatine, Esq. |
| Matthew C. Fagen, P.C. (admitted *pro hac vice*) | Felice R. Yudkin, Esq. |
| Oliver Paré (admitted *pro hac vice*) | Court Plaza North, 25 Main Street |
| 601 Lexington Avenue | Hackensack, New Jersey 07601 |
| New York, New York 10022 | Telephone: (201) 489-3000 |
| Telephone: (212) 446-4800 | msirota@coleschotz.com |
| Facsimile: (212) 446-4900 | wusatine@coleschotz.com |
| joshua.sussberg@kirkland.com | fyudkin@coleschotz.com |
| matthew.fagen@kirkland.com | |
| oliver.pare@kirkland.com | |
| | |
| *Proposed Co-Counsel to the Debtors and* | *Proposed Co-Counsel to the Debtors and* |
| *the Debtors in Possession* | *the Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| EDDIE BAUER, LLC, *et al.*, | Case No. 26-11422 (SLM) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF BERKELEY RESEARCH GROUP, LLC TO PROVIDE CO-CHIEF RESTRUCTURING OFFICERS AND ADDITIONAL PERSONNEL FOR THE DEBTORS EFFECTIVE AS OF THE PETITION DATE; AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that the *Debtors' Motion for Entry of an Order (I) Authorizing the*

*Retention and Employment of Berkeley Research Group, LLC to Provide Co-Chief Restructuring*

---

[1] The last four digits of Debtor Eddie Bauer LLC's tax identification number are 6060. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/EddieBauer. The location of Debtor Eddie Bauer LLC's principal place of business is 10401 Northeast 8th Street, Suite 500, Bellevue, WA 98004; the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Suite B100, Plano, TX 75024.

*Officers and Additional Personnel for the Debtors Effective as of the Petition Date; and (II) Granting Related Relief* [Docket No. 259] was filed in error on March 9, 2026, and is hereby withdrawn.

Dated: March 9, 2026

/s/ Michael D. Sirota

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Michael D. Sirota, Esq. | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Warren A. Usatine, Esq. | Joshua A. Sussberg, P.C. (*pro hac vice* pending) |
| Felice R. Yudkin, Esq. | Matthew C. Fagen, P.C. (*pro hac vice* pending) |
| Court Plaza North, 25 Main Street | Oliver Paré (*pro hac vice* pending) |
| Hackensack, New Jersey 07601 | 601 Lexington Avenue |
| Telephone: (201) 489-3000 | New York, New York 10022 |
| msirota@coleschotz.com | Telephone: (212) 446-4800 |
| wusatine@coleschotz.com | Facsimile: (212) 446-4900 |
| fyudkin@coleschotz.com | joshua.sussberg@kirkland.com |
| | matthew.fagen@kirkland.com |
| | oliver.pare@kirkland.com |
| *Proposed Co-Counsel to the Debtors and the Debtors in Possession* | *Proposed Co-Counsel to the Debtors and the Debtors in Possession* |