# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEW JERSEY

## FEE APPLICATION COVER SHEET FOR THE
## PERIOD MARCH 26, 2026 – MAY 6, 2026

| | | | |
|---|---|---|---|
| Debtor: | Eddie Bauer LLC., *et al.* | Applicant: | Brinkman Law Group, PC |
| Case No.: | 26-11422 (MBK) | Client: | Official Committee of Unsecured Creditors |
| Chapter: | 11 | Case Filed: | February 9, 2026 |

## SECTION 1
## FEE SUMMARY

☐ Interim Fee Application No. _____   or ☒Final Fee Application

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | **$83,851.00** | **$905.30** |
| Total Fees Allowed To Date: | **$** | **$** |
| Total Retainer (If Applicable): | **$** | **$** |
| Total Holdback (If Applicable) | **$** | **$** |
| Total Received By Applicant | **$0.00** | **$0.00** |

| NAME OF PROFESSIONAL | TITLE | YEARS ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| Daren Brinkman | Attorney | 1988 | 57.1 | $1,290.00 | $72,111.00 |
| Kelsi Hunt | Attorney | 2015 | 7.7 | $1,140.00 | $8,778.00 |
| Jory Cook | Attorney | 2013 | 10.2 | $920.00 | $9,384.00 |
| Eliane Freire | Attorney | 2025 | 7 | $725.00 | $5,075.00 |
| Jamie Bentinganan | Law Clerk | | 0.2 | $550.00 | $110.00 |
| Becke Rodriguez | Paralegal | 14 years | 6.1 | $550.00 | $3,355.00 |
| MaryBeth Smith | Paralegal | | 0.4 | $550.00 | $220.00 |
| Diane Sanchez | Paralegal | 3 years | 8.2 | $550.00 | $4,510.00 |
| Nina Fredrikson | Paralegal | | 0.2 | $525.00 | $105.00 |
| **Total Fees** | | | | | **$103,648.00** |

| | |
|---|---|
| Fees Totals: | **$103,648.00** |
| Disbursements Totals: | **$1,381.40** |
| Total Fee Application: | **$105,029.40** |

**SECTION 2**
**SUMMARY OF SERVICES**

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| 12 BLG Employment and Compensation | 38 | $36,984.00 |
| 16 Employment and Comp. of Professionals | 7.2 | $8,439.00 |
| 20 Financial Filings | 1 | $1,290.00 |
| 28 Use of Cash Collateral | 0.8 | $1,032.00 |
| 36 Executory Contracts/Leases | 3.8 | $4,266.00 |
| 40 Operations | 0.7 | $903.00 |
| 48 Asset Dispositions | 0.2 | $258.00 |
| 52 Case Administration | 23.1 | $22,497.00 |
| 76 Claim Administration and Objections | 2.3 | $2,863.00 |
| 80 Disclosure Statement/Plan of Reorganization | 14.5 | $18,645.00 |
| 88 Plan Implementation | 3.3 | $3,929.00 |
| 92 Committee Administration | 2.2 | $2,542.00 |
| **SERVICE TOTALS:** | 97.1 | $103,648.00 |

**SECTION 3**
**SUMMARY OF DISBURSEMENTS**

| DISBURSEMENTS | AMOUNT |
|---|---|
| Computer Assisted Legal Research Lexis | $1,276.00 |
| Pacer Fees | $105.40 |
| **DISBURSEMENTS TOTAL:** | $1,381.40 |

I certify under penalty or perjury that the above is true.

Date: June 22, 2026                    Signature: */s/ Daren Brinkman*

**Brinkman Law Group, PC**
Daren R. Brinkman (admitted *pro hac vice*)
543 Country Club Drive, Suite B
Wood Ranch, California 93065
Telephone: (918) 931-4163
firm@brinkmanlaw.com
Jory D. Cook (NJ Bar No. 058892013)
515 Madison Ave., 9th Fl.
New York, NY 11002
jc@brinkmanlaw.com
Tel. (818) 597-2992

*Administrative/Efficiency Counsel to the Official*
*Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>EDDIE BAUER LLC, *et al.,*<br><br>Debtors.[1] | Case No. 26-11422 (SLM) Chapter<br><br>11<br><br>(Jointly Administered)<br>**Objection Deadline: July 13, 2026** |

## FINAL FEE APPLICATION OF BRINKMAN LAW GROUP, PC, AS ADMINISTRATIVE/EFFICIENCY COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Brinkman Law Group, PC ("BLG"), as counsel to the Official Committee of Unsecured

Creditors (the "Committee") appointed in the Chapter 11 cases of the above-captioned debtors and

debtors-in-possession (collectively, the "Debtors"), hereby submits this final fee application (the

"Application"), for allowance of compensation for professional services rendered and

reimbursement of expenses for the period from March 26, 2026 through June 22, 2026 (the

---

[1] [1]The last four digits of Debtor Eddie Bauer LLC's tax identification number are 6060. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/EddieBauer. The location of Debtor Eddie Bauer LLC's principal place of business is 10401 Northeast 8th Street, Suite 500, Bellevue, WA 98004; the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Suite B100, Plano, TX 75024.

"Application Period"). By this Application, BLG seeks (i) allowance of compensation in the amount of $103,648.00 for services rendered by BLG to the Committee during the Application Period, and (ii) allowance and reimbursement of its actual and necessary expenses in the amount of $1,381.40. In support of this Application, BLG respectfully states as follows:

**Jurisdiction and Venue**

1.      The United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") has jurisdiction to consider this matter pursuant to 28 U.S.C. §1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      This is a core proceeding pursuant to 28 U.S.C. §157(b). The predicates for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Bankruptcy Rules").

**Background**

3.      On February 9, 2026 (the "Petition Date"), Eddie Bauer LLC and certain of its affiliates (collectively, the "Debtors") commenced these Chapter 11 Cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On February 10, 2026, the Court entered an order directing the joint administration of these Chapter 11 Cases [Dkt. No. 56].

4.      On February 25, 2026, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [Dkt. No. 210].

5.      On February 23, 2026, the Debtors filed their initial Joint Plan of Reorganization and related Disclosure Statement [Dkt. Nos. 197, 198], which were subsequently amended.

6. On April 16, 2026, the Court entered the Confirmation Order confirming the Third Amended Joint Plan of Reorganization [Dkt. No. 460] (the "Confirmation Order"). The Plan became effective on May 6, 2026 (the "Effective Date").

7. On April 15, 2026, this Court entered an order authorizing the retention of BLG as efficiency counsel to the Committee, effective as of March 26, 2026. A copy of the retention order is attached hereto as **Exhibit A**.

8. On May 27, 2026, BLG filed its Monthly Fee Statement for the period from March 26, 2026 through April 30, 2026. A *Certificate of No Objection* with respect to the First Monthly Fee Statement was filed on June 20, 2026.

9. Following the filing of its Monthly Fee Statement for the period from March 26, 2026 through April 30, 2026, BLG did not file additional Monthly Fee Statements. Accordingly, this Application includes all fees and expenses incurred from May 1, 2026 through June 22, 2026, together with any amounts previously requested but not yet approved.

## Relief Requested

10. By this Application, BLG respectfully requests entry of an order granting allowance and approval of (i) compensation for BLG's services to the Committee for the Final Fee Period in the amount of $103,648.00 and (ii) reimbursement of expenses that BLG incurred during the Final Fee Period in the amount of $1,381.40.

## Summary of Professional Services Rendered

11. BLG's hourly rates are set to fairly reflect the work of its attorneys and paraprofessionals and to cover routine expenses. The rates charged in these Chapter 11 cases follow BLG's standard rates and procedures and are consistent with those charged to other similar

clients. BLG's rates are comparable to those of other firms providing similar services in bankruptcy and non-bankruptcy matters.

12.     BLG has received no payment or promises of payment from any source other than the Debtors for services rendered in these Chapter 11 cases. There is no agreement or understanding between BLG and any other entity or person, other than members of the firm, for the sharing of compensation to be received for services rendered in or in connection with these Chapter 11 cases. All professional and paraprofessional services for which BLG seeks compensation were performed solely on behalf of the Committee and not on behalf of any other person or entity.

13.     As provided by the Local Rules, and the U.S. Trustee Guidelines, the following information is attached to this Application:

(a) a cover sheet summarizing the contents of this Application;

(b) the following supporting exhibits:

- **Exhibit A:** the Order authorizing the retention of BLG;
- **Exhibit B:** Summary Cover Sheet of Fee Application;
- **Exhibit C:** Affidavit of Daren Brinkman in Support of the Application; and
- **Exhibit D:** BLG's detailed statement for the Application Period.

14.     Services performed by BLG in its capacity as efficiency counsel to the Committee included:

a)     <u>BLG Employment and Compensation</u>: This category includes time expended by BLG in connection with its retention as efficiency counsel in these chapter 11 cases and the preparation of its monthly fee applications. During the Application Period, BLG reviewed and revised its employment application, addressed comments from co-counsel and the United States Trustee, coordinated conflict checks, and finalized related retention papers. BLG also prepared and

reviewed its monthly fee statements and supporting charts in accordance with applicable fee guidelines

b)      <u>Employment and Compensation of Professionals</u>: This category includes time expended by BLG reviewing retention applications, orders, and fee statements of other retained professionals in these chapter 11 cases. During the Application Period, BLG analyzed fee applications and related orders to monitor compliance with applicable procedures and assess the reasonableness of professional compensation requests.

c)      <u>Financial Filings</u>: This category includes time expended by BLG reviewing the Debtors' monthly operating reports and related financial disclosures. During the Application Period, BLG analyzed the Debtors' reported financial condition and operations to monitor developments relevant to the Committee's interests and case administration.

d)      <u>Use of Cash Collateral</u>: This category includes time expended by BLG in connection with the Debtors' use of cash collateral. During the Application Period, BLG reviewed proposed and entered cash collateral orders and analyzed their implications for the Committee and unsecured creditors.

e)      <u>Executory Contracts and Leases</u>: This category includes time expended by BLG reviewing motions, notices, objections, and orders concerning the rejection of executory contracts and unexpired leases. During the Application Period, BLG monitored the Debtors' contract and lease rejection process and evaluated its impact on creditor recoveries and estate administration.

f)      <u>Operations</u>: This category includes time expended by BLG monitoring the Debtors' operational matters. During the Application Period, BLG reviewed orders relating to the Debtors' cash management system and other operational issues affecting the administration of the estates.

g)      <u>Asset Disposition</u>: This category includes time expended by BLG reviewing asset disposition procedures and related orders. During the Application Period, BLG monitored proposed de minimis asset transactions and analyzed their potential effect on the estates.

h)      <u>Case Administration</u>: This category includes time expended by BLG on general case administration, including monitoring the docket, reviewing notices and orders, coordinating internal case management, tracking deadlines, and addressing procedural matters such as pro hac vice admissions and conflicts analyses. BLG also communicated with co-counsel and team members regarding case developments and pending matters.

i)      <u>Claim Administration and Objections</u>: This category includes time expended by BLG reviewing claims procedures and related orders. During the Application Period, BLG analyzed the Debtors' omnibus claim objection procedures and monitored developments concerning claims administration to evaluate their effect on creditor recoveries.

j)      <u>Disclosure Statement/Plant of Reorganization</u>: This category includes time expended by BLG reviewing the Debtors' disclosure statement, plan supplements, amended plans, confirmation-related pleadings, and the confirmation order. During the Application Period, BLG analyzed the evolving plan structure and confirmation process, including issues relating to distributions, governance, and creditor recoveries.

k)      <u>Plan Implementation</u>: This category includes time expended by BLG in connection with implementation of the confirmed plan, including matters relating to the establishment of the trust, selection of the plan trustee, transition issues, and effective date matters. BLG coordinated with co-counsel and other stakeholders regarding implementation logistics and trust administration issues.

l)      Committee Administration: his category includes time expended by BLG advising and communicating with the Official Committee of Unsecured Creditors regarding administrative and governance matters. During the Application Period, BLG assisted with committee-related issues, including trustee selection and supporting declarations related to BLG's retention.

**Actual and Necessary Expenses**

15.     BLG also incurred actual and necessary expenses during the Application Period in the amount of $1,381.40, which are reasonable and reimbursable. Such expenses include computer-assisted legal research charges.

**Basis for Relief**

16.     Pursuant to section 330 of the Bankruptcy Code, BLG respectfully submits that the compensation and reimbursement of expenses requested herein are reasonable and should be approved. In determining the reasonableness of the compensation sought, the Court may consider, among other things, the time spent on such services, the rates charged, the necessity of the services rendered, the complexity and importance of the issues addressed, and the cost of comparable services outside of bankruptcy.

17.     BLG submits that the services rendered during the Application Period were necessary and beneficial to the Committee and the estates, were performed efficiently and in a manner commensurate with the complexity of these chapter 11 cases and were consistent with the customary compensation charged by comparably skilled practitioners in non-bankruptcy matters. Accordingly, BLG respectfully submits that the fees and expenses requested herein satisfy the standards set forth in section 330 of the Bankruptcy Code and should be allowed.

**WHEREFORE**, for the foregoing reasons, BLG respectfully requests final allowance of compensation for professional services rendered during the Application Period in the amount of $103,648.00; reimbursement of expenses incurred during the Application Period in the amount of $1,381.40; authorization and payment of all such allowed compensation and expenses; and such other and further relief as the Court deems just and proper.

Dated: June 22, 2026

**Brinkman Law Group, PC**
*/s/ Daren R. Brinkman*
Daren R. Brinkman (admitted *pro hac vice*)
543 Country Club Drive, Suite B
Wood Ranch, California 93065
Telephone: (918) 931-4163
firm@brinkmanlaw.com

-and-

*/s/ Jory D. Cook*
Jory D. Cook (NJ Bar No. 058892013)
515 Madison Ave., 9th Fl.
New York, NY 11002
jc@brinkmanlaw.com
Tel. (818) 597-2992

*Administrative/Efficiency Counsel to the*
*Official Committee of Unsecured Creditors*

## <u>EXHIBIT A</u>

**BLG Retention Order**

<table>
<tr><td colspan="2">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</td><td>

**Order Filed on April 15, 2026**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

</td></tr>
</table>

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**BRINKMAN LAW GROUP, P.C.**<br>Daren R. Brinkman (pending *pro hac vice*)<br>543 Country Club Drive, Suite B<br>Wood Ranch, California 93065<br>db@brinkmanlaw.com<br>Jory D. Cook (NJ Bar No. 058892013)<br>515 Madison Ave., 9th Fl.<br>New York, NY 11002<br>jc@brinkmanlaw.com<br>Tel. (818) 597-2992<br><br>*Proposed Administrative/Efficiency Counsel to the Official Committee of Unsecured Creditors* | |
| In Re:<br><br><br>**EDDIE BAUER LLC, et al.,**<br><br><br><br>Debtors.[4] | Case No.:  Case No. 26-bk-11422 (SLM)<br><br>Chapter 11<br><br>Judge: Stacey L. Meisel<br><br>(Jointly Administered) |

**ORDER AUTHORIZING RETENTION OF BRINKMAN LAW GROUP, PC AS ADMINISTRATIVE/EFFICIENCY COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF MARCH 26, 2026**

The relief set forth on the following pages numbered two (2) through and including three

(3) is hereby **ORDERED**.

**DATED: April 15, 2026**

*Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[4] The last four digits of Debtor Eddie Bauer LLC's tax identification number are 6060. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/EddieBauer. The location of Debtor Eddie Bauer LLC's principal place of business is 10401 Northeast 8th Street, Suite 500, Bellevue, WA 98004; the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Suite B100, Plano, TX 75024.

**(Page 2)**

| | |
|---|---|
| Debtors: | Eddie Bauer LLC., *et al.* |
| Case No.: | 26-11422 (SLM) |
| Caption: | Order Authorizing the Retention of Brinkman Law Group, PC as Administrative/Efficiency Counsel to the Official Committee of Unsecured Creditors Effective as of March 26, 2026 |

Upon the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order authorizing the retention and employment of Brinkman Law Group, PC ("BLG") as counsel to the Committee, effective as of March 26, 2026; and upon the declaration of Daren Brinkman (the "Brinkman Declaration") in support of the Application; and it appearing that the Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these cases and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being satisfied, based on the representations made in the Application and the Brinkman Declaration, that BLG does not hold or represent any interest adverse to the Debtors' estates and that BLG is a "disinterested person" as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1103(b) of the Bankruptcy Code, and that the employment of BLG is in the best interests of the Committee and the Debtors' unsecured creditors; and it appearing that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.    The Application is **GRANTED** as set forth herein.

2.    The Committee is authorized to retain and employ BLG as its administrative/efficiency counsel, effective as of March 26, 2026.

2

**(Page 3)**

| | |
|---|---|
| Debtors: | Eddie Bauer LLC., *et al.* |
| Case No.: | 26-11422 (SLM) |
| Caption: | Order Authorizing the Retention of Brinkman Law Group, PC as Administrative/Efficiency Counsel to the Official Committee of Unsecured Creditors Effective as of March 26, 2026 |

3. BLG shall be compensated for services rendered and reimbursed for expenses incurred in connection with the Debtors' Chapter 11 cases in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by order of this Court.

4. BLG shall provide ten business days' notice to the Debtors, the United States Trustee, and the Official Committee of Unsecured Creditors before any increases in the rates set forth in the Application are implemented and shall file such notice with the Court. The United States Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5. BLG shall not charge a markup to the Committee with respect to fees billed by contract attorneys who are hired by BLG to provide services to the Committee and shall ensure that any such contract attorneys are subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code and the Bankruptcy Rules.

6. To the extent the Application, the Brinkman Declaration, and the terms of this Order are inconsistent, the terms of this Order shall govern.

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

## EXHIBIT B

### Summary Cover Sheet of Fee Application

| | |
|---|---|
| Name of applicant: | Brinkman Law Group PC |
| Name of client: | Official Committee of Unsecured Creditors |
| Petition Date: | February 9, 2026 |
| Retention Date: | Order signed on April 15, 2026 [Dkt. No.445] ("Retention Order"), effective March 26, 2026 |
| Date of Order Approving Employment: | April 15, 2026; a true copy of the Retention Order is attached as **Exhibit A** |
| Time Period Covered by Application: | March 26, 2026 -XX, 2026 |
| Interim or Final: | Final |
| Total Compensation (Fees) Sought in the Application Period: | $103,648.00 |
| Total of Expense Reimbursement Sought in the Application Period: | $1,381.40 |
| Total Compensation approved by interim order to date: | NA |
| Total expenses approved by interim order to date: | NA |
| Blended rate in this application for all attorneys : | $1,162.78 |
| Blended rate in this application for all timekeepers: | $549.67 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |

| | |
|---|---|
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | NA |
| If applicable, difference between fees budgeted and compensation sought for this period | NA |
| Number of professionals billing fewer than 15 hours to the case during this period | 8 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No |

**Exhibit C**

**Affidavit of Daren Brinkman in Support of the Application**

**Brinkman Law Group, PC**
Daren R. Brinkman (admitted *pro hac vice*)
543 Country Club Drive, Suite B
Wood Ranch, California 93065
Telephone: (918) 931-4163
firm@brinkmanlaw.com
Jory D. Cook (NJ Bar No. 058892013)
515 Madison Ave., 9th Fl.
New York, NY 11002
jc@brinkmanlaw.com
Tel. (818) 597-2992

*Administrative/Efficiency Counsel to the Official*
*Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re:<br><br>EDDIE BAUER LLC, *et al.,*<br><br>Debtors.[2] | Case No. 26-11422 (SLM)<br><br>Chapter 11<br><br>(Jointly Administered) |

### AFFIDAVIT OF DAREN BRINKMAN IN SUPPORT OF THE
### FINAL FEE APPLICATION

I, Daren Brinkman, being duly sworn, hereby declare and state as follows:

1.       I am a shareholder of the law firm of Brinkman Law Group, PC ("BLG"), located at among other offices nationwide, 543 Country Club Drive, Suite B, Wood Ranch, California 93065.

---

[2] [1]The last four digits of Debtor Eddie Bauer LLC's tax identification number are 6060. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/EddieBauer. The location of Debtor Eddie Bauer LLC's principal place of business is 10401 Northeast 8th Street, Suite 500, Bellevue, WA 98004; the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Suite B100, Plano, TX 75024.

2.	I am an attorney at law admitted and in good standing to practice before the courts of the States of Texas and California.

3.	I submit this declaration in support of the Final Fee Application of Brinkman Law Group, PC, as Administrative/Efficiency Counsel to the Official Committee of Unsecured Creditors (the "Application").

4.	I have reviewed the Application, and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

5.	Pursuant to Bankruptcy Code Section 504, BLG represents that there is no proposed agreement or arrangement between BLG and any other person or entity for the sharing of compensation to be received in these Chapter 11 Cases, and no such agreement or arrangement will be made.

6.	In addition, I have reviewed the Application, and I believe that the Application complies with the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses by Attorneys in Large Chapter 11 Cases, effective November 13, 2013.*

7.	The following statements are provided in response to the questions set forth in paragraph C.5. of the U.S. Trustee Guidelines:

> **Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain
> **Response**: No.

> **Question**: If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?
> **Response**: Not applicable.

**Question**: Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

**Response**: No.

**Question**: Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees.

**Response**: No.

Question: Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

**Response**: No.

Question: If the fee application includes any rate increases since retention: i. Did your client review and approve those rate increases in advance? ii. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11–458?

Response: The application does not include any rate increases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge and belief after reasonable inquiry, the foregoing is true and correct.

Dated: June 22, 2026.

*/s/Daren Brinkman*___

Daren R. Brinkman

**Exhibit D**

# Brinkman Law Group, PC

543 Country Club Drive, Suite B
Wood Ranch, CA 93065

Invoice submitted to:
Eddie Bauer, LLC

June 22, 2026

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **12 BLG Employment and Compensation** | | |
| 3/26/2026 | DRB | PC with JC re selection as efficiency counsel and employment papers<br>12 BLG Employment and Compensation | 0.30<br><br>1,290.00/hr | 387.00 |
| | DS | Research and draft Employment Application for Efficiency Counsel<br>12 BLG Employment and Compensation | 2.30<br><br>550.00/hr | 1,265.00 |
| | BR | Discussion with DS regarding employment app to be prepared<br>12 BLG Employment and Compensation | 0.20<br><br>550.00/hr | 110.00 |
| | DRB | Review email from DS re draft employment application<br>12 BLG Employment and Compensation | 0.20<br><br>1,290.00/hr | 258.00 |
| | DRB | Review email from B.Sandler re retention application<br>12 BLG Employment and Compensation | 0.20<br><br>1,290.00/hr | 258.00 |
| | DRB | Draft email to JC re retention application and efficiency counsel legal issues<br>12 BLG Employment and Compensation | 0.60<br><br>1,290.00/hr | 774.00 |
| | DRB | Review email from JC re draft employment application<br>12 BLG Employment and Compensation | 0.20<br><br>1,290.00/hr | 258.00 |
| | DRB | Draft email to JC re employment application and edits thereto<br>12 BLG Employment and Compensation | 0.40<br><br>1,290.00/hr | 516.00 |

Eddie Bauer, LLC                                                                                        Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/26/2026 | DRB | Draft further email to JC re employment application<br>12 BLG Employment and Compensation | 0.20<br><br>1,290.00/hr | 258.00 |
|  | JC | PC with DRB re selection as efficiency counsel and employment papers<br>12 BLG Employment and Compensation | 0.30<br><br>920.00/hr | 276.00 |
|  | DS | Discussion with BR regarding employment app to be prepared<br>12 BLG Employment and Compensation | 0.20<br><br>550.00/hr | 110.00 |
|  | DS | Draft email to DRB re draft employment application<br>12 BLG Employment and Compensation | 0.20<br><br>550.00/hr | 110.00 |
|  | JC | Draft email to DRB re draft employment application<br>12 BLG Employment and Compensation | 0.20<br><br>920.00/hr | 184.00 |
| 3/27/2026 | DRB | Review Notice of Debtors' Agenda filed by Michael D. Sirota<br>12 BLG Employment and Compensation | 0.30<br><br>1,290.00/hr | 387.00 |
|  | DRB | Review Pro Hac Vice request for Joshua E. Goldstein, Esq<br>12 BLG Employment and Compensation | 0.20<br><br>1,290.00/hr | 258.00 |
|  | DRB | Review Notice of Appearance/Request for Service of Notice filed by Gary Francis Seitz<br>12 BLG Employment and Compensation | 0.20<br><br>1,290.00/hr | 258.00 |
|  | DRB | Draft email to JC re revisions to employment application<br>12 BLG Employment and Compensation | 0.40<br><br>1,290.00/hr | 516.00 |
|  | DRB | Review email from JC and further revisions to employment application<br>12 BLG Employment and Compensation | 0.40<br><br>1,290.00/hr | 516.00 |
|  | JC | Research re efficiency counsel and revise employment application and draft email to DRB re same<br>12 BLG Employment and Compensation | 2.80<br><br>920.00/hr | 2,576.00 |
| 3/28/2026 | DRB | Draft email to JC re further revisions to employment application re efficiency counsel legal issues<br>12 BLG Employment and Compensation | 1.10<br><br>1,290.00/hr | 1,419.00 |
| 3/29/2026 | KH | Review draft employment papers (0.2); research re: local rules of form (0.2); email to team re: necessary edits (0.1)<br>12 BLG Employment and Compensation | 0.50<br><br>1,140.00/hr | 570.00 |

Eddie Bauer, LLC                                                                                                    Page      3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/29/2026 | DRB | Review email from KH re revisions to employment application<br>12 BLG Employment and Compensation | 0.30<br><br>1,290.00/hr | 387.00 |
| | DRB | Draft email to KH re revisions to employment application<br>12 BLG Employment and Compensation | 0.30<br><br>1,290.00/hr | 387.00 |
| 3/30/2026 | DRB | Draft email to JC re revisions to employment application<br>12 BLG Employment and Compensation | 0.30<br><br>1,290.00/hr | 387.00 |
| | DRB | Review email from JC to B.Sandler re BLG employment application<br>12 BLG Employment and Compensation | 0.20<br><br>1,290.00/hr | 258.00 |
| | DRB | Review email from S.Cho re efficiency counsel title<br>12 BLG Employment and Compensation | 0.20<br><br>1,290.00/hr | 258.00 |
| 3/31/2026 | DRB | Review email from JC re efficiency counsel description<br>12 BLG Employment and Compensation | 0.20<br><br>1,290.00/hr | 258.00 |
| | JC | Draft email to DRB re efficiency counsel description<br>12 BLG Employment and Compensation | 0.40<br><br>920.00/hr | 368.00 |
| 4/1/2026 | JC | Email DRB re the efficiency counsel description for consideration in the Eddie Bauer employment application.<br>12 BLG Employment and Compensation | 0.20<br><br>920.00/hr | 184.00 |
| | DRB | Review email from P.Jeffries re BLG retention application<br>12 BLG Employment and Compensation | 0.20<br><br>1,290.00/hr | 258.00 |
| 4/2/2026 | DRB | 2 pc's with JC re employment papers<br>12 BLG Employment and Compensation | 0.30<br><br>1,290.00/hr | 387.00 |
| | DRB | 2 pc's BR re doing conflict check<br>12 BLG Employment and Compensation | 0.30<br><br>1,290.00/hr | 387.00 |
| | DRB | Review email from JC re BLG employment application<br>12 BLG Employment and Compensation | 0.20<br><br>1,290.00/hr | 258.00 |
| 4/3/2026 | JC | Email DRB the latest Eddie Bauer employment application for final review before filing.<br>12 BLG Employment and Compensation | 0.10<br><br>920.00/hr | 92.00 |

Eddie Bauer, LLC                                                                                             Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/3/2026 | JC | Email DRB a further revised Eddie Bauer employment application for review. <br> 12 BLG Employment and Compensation | 0.10 <br> 920.00/hr | 92.00 |
|  | DRB | Draft email to JC re BLG employment application and adding authoriries re efficiency counsel <br> 12 BLG Employment and Compensation | 1.40 <br> 1,290.00/hr | 1,806.00 |
|  | DRB | Review email from JC re UST comments re efficiency counsels <br> 12 BLG Employment and Compensation | 0.20 <br> 1,290.00/hr | 258.00 |
|  | DRB | Review further email from JC re BLG employment application <br> 12 BLG Employment and Compensation | 0.20 <br> 1,290.00/hr | 258.00 |
| 4/6/2026 | DRB | Messages to/from and pc with BR re finalizing employment papers <br> 12 BLG Employment and Compensation | 0.30 <br> 1,290.00/hr | 387.00 |
|  | BR | Messages to/from and pc with DRB re finalizing employment papers <br> 12 BLG Employment and Compensation | 0.30 <br> 550.00/hr | 165.00 |
| 4/7/2026 | DRB | Draft email to JC re finalized employment application and further edits <br> 12 BLG Employment and Compensation | 0.80 <br> 1,290.00/hr | 1,032.00 |
| 4/20/2026 | KH | Review Eddie Bauer docket and confirmation order; update calendar with notable dates and deadlines <br> 12 BLG Employment and Compensation | 0.30 <br> 1,140.00/hr | 342.00 |
| 5/23/2026 | EF | Email review from DB, email to DB, samples of fee app in the same court, bills review, send documents to Jamie <br> 12 BLG Employment and Compensation | 1.10 <br> 725.00/hr | 797.50 |
| 5/26/2026 | DS | Draft First Monthly Fee Application <br> 12 BLG Employment and Compensation | 3.40 <br> 550.00/hr | 1,870.00 |
|  | DS | Phone call with EF re First Monthly Fee Application <br> 12 BLG Employment and Compensation | 0.20 <br> 550.00/hr | 110.00 |
|  | EF | Fee app review, email to JB, DS, HP, deadline review, call w DS re fee app, draft charts, and category description per NJ jurisdiction <br> 12 BLG Employment and Compensation | 2.10 <br> 725.00/hr | 1,522.50 |
|  | DRB | Six messages to/from JC re various issues involved with preparation and submission of monthly fee notices <br> 12 BLG Employment and Compensation | 0.40 <br> 1,290.00/hr | 516.00 |

Eddie Bauer, LLC                                                                                     Page     5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/26/2026 | DRB | Phone conference with JC re preparation and submission of monthly fee notice<br>12 BLG Employment and Compensation | 0.20<br>1,290.00/hr | 258.00 |
|  | DRB | Two phone conferences with BR re preparation and submission of monthly fee notices<br>12 BLG Employment and Compensation | 0.20<br>1,290.00/hr | 258.00 |
|  | DRB | Phone conference with EF re finalizing fee notice<br>12 BLG Employment and Compensation | 0.10<br>1,290.00/hr | 129.00 |
|  | DRB | Phone conference with MBS re charts for fee notice<br>12 BLG Employment and Compensation | 0.10<br>1,290.00/hr | 129.00 |
|  | DRB | Review email from EF re fee app preparation<br>12 BLG Employment and Compensation | 0.20<br>1,290.00/hr | 258.00 |
|  | DRB | Review email from DS re fee app preparation<br>12 BLG Employment and Compensation | 0.20<br>1,290.00/hr | 258.00 |
|  | DRB | Draft email to DS re comments on fee app<br>12 BLG Employment and Compensation | 0.40<br>1,290.00/hr | 516.00 |
|  | DRB | Review email from EF draft fee application<br>12 BLG Employment and Compensation | 0.20<br>1,290.00/hr | 258.00 |
|  | JC | Six messages to/from DRB re various issues involved with preparation and submission of monthly fee notices<br>12 BLG Employment and Compensation | 0.40<br>920.00/hr | 368.00 |
|  | JC | Phone conference with DRB re preparation and submission of monthly fee notice<br>12 BLG Employment and Compensation | 0.20<br>920.00/hr | 184.00 |
|  | BR | Two phone conferences with DRB re preparation and submission of monthly fee notices<br>12 BLG Employment and Compensation | 0.20<br>550.00/hr | 110.00 |
|  | MBS | Phone conference with DRB re charts for fee notice<br>12 BLG Employment and Compensation | 0.10<br>550.00/hr | 55.00 |
|  | EF | Phone conference with DRB re finalizing fee notice<br>12 BLG Employment and Compensation | 0.10<br>725.00/hr | 72.50 |

Eddie Bauer, LLC

Page      6

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/26/2026 | EF | Phone call with DS re First Monthly Fee Application<br>12 BLG Employment and Compensation | 0.20<br>725.00/hr | 145.00 |
| 5/27/2026 | DRB | Three phone conferences with BR re finalizing fee notice<br>12 BLG Employment and Compensation | 0.30<br>1,290.00/hr | 387.00 |
| | DRB | Three phone conferences with JC re preparation of fee notice<br>12 BLG Employment and Compensation | 0.50<br>1,290.00/hr | 645.00 |
| | DRB | Phone conference with MBS re finalizing fee notice<br>12 BLG Employment and Compensation | 0.10<br>1,290.00/hr | 129.00 |
| | DRB | Review and revise Monthly Fee Statement For the Month of April 2026.<br>12 BLG Employment and Compensation | 0.40<br>1,290.00/hr | 516.00 |
| | DRB | Review email from JC re fee application<br>12 BLG Employment and Compensation | 0.20<br>1,290.00/hr | 258.00 |
| | BR | Three phone conferences with DRB re finalizing fee notice<br>12 BLG Employment and Compensation | 0.30<br>550.00/hr | 165.00 |
| | JC | Three phone conferences with DRB re preparation of fee notice<br>12 BLG Employment and Compensation | 0.50<br>920.00/hr | 460.00 |
| | MBS | Phone conference with DRB re finalizing fee notice<br>12 BLG Employment and Compensation | 0.10<br>550.00/hr | 55.00 |
| | JC | Draft email to DRB re fee application<br>12 BLG Employment and Compensation | 0.20<br>920.00/hr | 184.00 |
| 5/28/2026 | JC | Email DRB regarding the first monthly fee statement for review and filing authorization.<br>12 BLG Employment and Compensation | 0.10<br>920.00/hr | 92.00 |
| 5/29/2026 | DRB | Review and revise CNO re Brinkman Interim and Final Fee App<br>12 BLG Employment and Compensation | 0.30<br>1,290.00/hr | 387.00 |
| 6/16/2026 | KH | Draft email to BLG team re final fee application drafting<br>12 BLG Employment and Compensation | 0.20<br>1,140.00/hr | 228.00 |

Eddie Bauer, LLC                                                                                            Page      7

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/17/2026 KH | Review and respond to email from DB re monthly fee notice<br>12 BLG Employment and Compensation | | 0.10<br>1,140.00/hr | 114.00 |
| 6/18/2026 EF | Draft final fee application<br>12 BLG Employment and Compensation | | 2.60<br>725.00/hr | 1,885.00 |
| 6/19/2026 DRB | Review and revise fee application<br>12 BLG Employment and Compensation | | 0.80<br>1,290.00/hr | 1,032.00 |
| JC | Review and draft final fee application<br>12 BLG Employment and Compensation | | 1.20<br>920.00/hr | 1,104.00 |
| 6/22/2026 DRB | Review and revise fee application<br>12 BLG Employment and Compensation | | 1.20<br>1,290.00/hr | 1,548.00 |
| EF | Final edits to  final fee application<br>12 BLG Employment and Compensation | | 0.70<br>725.00/hr | 507.50 |
| SUBTOTAL: | | | [      38.00 | 36,984.00] |

16 Employment and Compensation of Professionals

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/27/2026 DRB | Review Order re Employment of Berkeley Research Group, LLC re Co-Chief Restructuring<br>16 Employment and Compensation of Professionals | 0.20<br>1,290.00/hr | 258.00 |
| DRB | Review UCC's Application For Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel<br>16 Employment and Compensation of Professionals | 0.30<br>1,290.00/hr | 387.00 |
| DRB | Review UCC's Application For Employment and Retention of Province, LLC as Financial Advisor<br>16 Employment and Compensation of Professionals | 0.30<br>1,290.00/hr | 387.00 |
| 4/7/2026 DRB | Review Monthly Fee Statement of Cole Schotz, P.C..For the Month of February 9, 2026 through February 28, 2026<br>16 Employment and Compensation of Professionals | 0.60<br>1,290.00/hr | 774.00 |
| DRB | Review Supplemental Declaration of Bradford J. Sandler re Employment of Pachulski Stang Ziehl & Jones LLP<br>16 Employment and Compensation of Professionals | 0.20<br>1,290.00/hr | 258.00 |
| DRB | Review Certification Concerning Proposed Order re Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to UCC, re doc 380<br>16 Employment and Compensation of Professionals | 0.10<br>1,290.00/hr | 129.00 |

Eddie Bauer, LLC                                                                                    Page      8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/7/2026 DRB | Review Certification Concerning Proposed Order re Employment of PROVINCE, LLC as Financial Advisor to UCC, re doc 381 | | 0.10 | 129.00 |
| | 16 Employment and Compensation of Professionals | | 1,290.00/hr | |
| DRB | Review Order re Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to UCC | | 0.10 | 129.00 |
| | 16 Employment and Compensation of Professionals | | 1,290.00/hr | |
| DRB | Review Order Authorizing Province, LLC as Financial Advisor | | 0.10 | 129.00 |
| | 16 Employment and Compensation of Professionals | | 1,290.00/hr | |
| DRB | Review Monthly Fee Statement of Berkeley Research Group For the Month of February 9, 2026 through February 28, 2026 | | 0.60 | 774.00 |
| | 16 Employment and Compensation of Professionals | | 1,290.00/hr | |
| 4/9/2026 DRB | Review CNO re Monthly Fee Statement filed by Attorney Kirkland & Ellis LLP and Kirkland & Ellis International LLP | | 0.20 | NO CHARGE |
| | 16 Employment and Compensation of Professionals | | 1,290.00/hr | |
| 4/24/2026 DRB | Review Monthly Fee Statement of Cole Schotz P.C. For the Month of March 1, 2026 through March 31, 2026 | | 1.10 | 1,419.00 |
| | 16 Employment and Compensation of Professionals | | 1,290.00/hr | |
| DRB | Review CNO re Monthly Fee Statement filed by Attorney Cole Schotz, P.C | | 0.20 | NO CHARGE |
| | 16 Employment and Compensation of Professionals | | 1,290.00/hr | |
| DRB | Review Monthly Fee Statement of Kirkland & Ellis LLP For the Month of March 1, 2026 through March 31, 2026 | | 1.40 | 1,806.00 |
| | 16 Employment and Compensation of Professionals | | 1,290.00/hr | |
| 4/27/2026 DRB | Review CNO re Monthly Fee Statement Berkeley Research Group, LLC filed byDebtor | | 0.20 | NO CHARGE |
| | 16 Employment and Compensation of Professionals | | 1,290.00/hr | |
| 4/29/2026 DRB | Review Monthly Fee Statement of Province, LLC, as Financial Advisor to UCC-March 2, 2026 through March 31, 2026 | | 0.20 | 258.00 |
| | 16 Employment and Compensation of Professionals | | 1,290.00/hr | |
| 4/30/2026 KH | Review monthly fee statements of Cole Schotz (0.1); K&E (0.4) | | 0.50 | 570.00 |
| | 16 Employment and Compensation of Professionals | | 1,140.00/hr | |
| 5/5/2026 DRB | Review Monthly Fee Statement  for Berkeley Research Group, LLC-March 1, 2026 through March 31, 2026 | | 0.80 | 1,032.00 |
| | 16 Employment and Compensation of Professionals | | 1,290.00/hr | |
| SUBTOTAL: | | [ | 7.20 | 8,439.00] |

Eddie Bauer, LLC                                                                                      Page     9

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|

### 20 Financial Filings

| 3/31/2026 DRB | Review MORs for the month ending 02/28/2026<br>20 Financial Filings | 0.30<br><br>1,290.00/hr | 387.00 |
|---|---|---|---|
| 4/17/2026 DRB | Review Chapter 11 MOR's for the Month Ending: 04/04/2026<br>20 Financial Filings | 0.70<br><br>1,290.00/hr | 903.00 |

SUBTOTAL:                                                                        [      1.00        1,290.00]

### 28 Use of Cash Collateral

| 3/27/2026 DRB | Review Proposed Final Order re Postpetition Use of Cash Collateral and related matters<br>28 Use of Cash Collateral | 0.70<br><br>1,290.00/hr | 903.00 |
|---|---|---|---|
| DRB | Review Final Order re Postpetition Use of Cash Collateral and related matters<br>28 Use of Cash Collateral | 0.10<br><br>1,290.00/hr | 129.00 |

SUBTOTAL:                                                                        [      0.80        1,032.00]

### 36 Executory Contracts/Leases

| 3/28/2026 DRB | Review Rejection of Certain Executory Contracts/Unexpired Leases<br>36 Executory Contracts/Leases | 0.70<br><br>1,290.00/hr | 903.00 |
|---|---|---|---|
| 3/31/2026 DRB | Review Notice of Rejection of Certain Executory Contracts/Unexpired Leases<br>36 Executory Contracts/Leases | 0.30<br><br>1,290.00/hr | 387.00 |
| 4/7/2026 KH | Review latest docket filings including notices of rejection of contracts & leases and contemporaneously update important dates and deadlines tracker for case (0.5); email to BLG team with updated tracker (0.1)<br>36 Executory Contracts/Leases | 0.60<br><br>1,140.00/hr | 684.00 |
| 4/9/2026 DRB | Review Rejection of Certain Executory Contracts and/or Unexpired Leases filed by Debtors<br>36 Executory Contracts/Leases | 0.40<br><br>1,290.00/hr | 516.00 |
| 4/12/2026 DRB | Review CNO re Rejection or Assumption of Certain Executory Contracts and/or Unexpired Leases filed by Debtor<br>36 Executory Contracts/Leases | 0.20<br><br>1,290.00/hr | NO CHARGE |
| 4/13/2026 DRB | Review First Order re Rejection of Executory Contracts and/or Unexpired Leases<br>36 Executory Contracts/Leases | 0.20<br><br>1,290.00/hr | 258.00 |

Eddie Bauer, LLC                                                                                    Page    10

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/13/2026 KH | Review latest notices of rejection of unexpired leases [Dkt. 428 & 429] 36 Executory Contracts/Leases | | 0.20 1,140.00/hr | 228.00 |
| 4/14/2026 DRB | Review Limited Objection re Rejection of Executory Contracts/Unexpired Leases, filed by Creditor GXO Logistics 36 Executory Contracts/Leases | | 0.40 1,290.00/hr | 516.00 |
| 4/15/2026 DRB | Review CNO re Rejection or Assumption of Certain Executory Contracts/Unexpired Leases 36 Executory Contracts/Leases | | 0.20 1,290.00/hr | NO CHARGE |
| 4/16/2026 DRB | Review Order re Rejection of Certain Executory Contracts/Unexpired Leases 36 Executory Contracts/Leases | | 0.20 1,290.00/hr | 258.00 |
| 4/27/2026 DRB | Review Third Order re Rejection of Executory Contracts/Unexpired Leases/Related Matters 36 Executory Contracts/Leases | | 0.20 1,290.00/hr | 258.00 |
| DRB | Review Fourth Order re Rejection of Executory Contracts/Unexpired Leases/Related Matters 36 Executory Contracts/Leases | | 0.20 1,290.00/hr | 258.00 |
| | SUBTOTAL: | [ | 3.80 | 4,266.00] |

40 Operations

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/13/2026 DRB | Review email from KH re support tasks 40 Operations | | 0.30 1,290.00/hr | 387.00 |
| 4/15/2026 DRB | Review Proposed Final Order re Cash Management System, Honor Certain Prepetition Obligations Related Thereto/related matters 40 Operations | | 0.20 1,290.00/hr | 258.00 |
| 4/16/2026 DRB | Review Final Order re Cash Management System and Related Matters. 40 Operations | | 0.20 1,290.00/hr | 258.00 |
| | SUBTOTAL: | [ | 0.70 | 903.00] |

48 Asset Disposition

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/27/2026 DRB | Review Order re De Minimis Asset Transactions and related matters 48 Asset Disposition | | 0.20 1,290.00/hr | 258.00 |
| | SUBTOTAL: | [ | 0.20 | 258.00] |

Eddie Bauer, LLC                                                                          Page    11

| | | Hrs/Rate | Amount |
|---|---|---|---|

52 Case Administration

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/26/2026 | DRB | Review Order re Pro Hac Vice for Robert J. Feinstein<br>52 Case Administration | 0.20<br>1,290.00/hr | 258.00 |
| | DRB | Review Order re re Pro Hac Vice for Shirley S. Cho<br>52 Case Administration | 0.20<br>1,290.00/hr | 258.00 |
| 3/28/2026 | DRB | Draft email to JC re conflicts list<br>52 Case Administration | 0.20<br>1,290.00/hr | 258.00 |
| 3/30/2026 | KH | Review docket re case background and current status<br>52 Case Administration | 0.90<br>1,140.00/hr | 1,026.00 |
| | KH | Prepare memo re: relevant upcoming dates and deadlines<br>52 Case Administration | 0.30<br>1,140.00/hr | 342.00 |
| | KH | Email to BLG team re: case status and upcoming dates and deadlines<br>52 Case Administration | 0.20<br>1,140.00/hr | 228.00 |
| | KH | Review first day declaration re: background info on case<br>52 Case Administration | 0.60<br>1,140.00/hr | 684.00 |
| | DS | Draft Pro Hac Vice Application for DRB for New Jersey Bankruptcy Court<br>52 Case Administration | 1.70<br>550.00/hr | 935.00 |
| | BR | Conduct computer based conflicts check<br>52 Case Administration | 0.60<br>550.00/hr | 330.00 |
| | BR | Conference call with BLG team re pending items and upcoming deadlines<br>52 Case Administration | 0.20<br>550.00/hr | 110.00 |
| | DRB | Conference call with BLG team re pending items and upcoming deadlines<br>52 Case Administration | 0.20<br>1,290.00/hr | 258.00 |
| | DS | Conference call with BLG team re pending items and upcoming deadlines<br>52 Case Administration | 0.20<br>550.00/hr | 110.00 |

Eddie Bauer, LLC

Page 12

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/30/2026 | EF | Conference call with BLG team re pending items and upcoming deadlines<br>52 Case Administration | 0.20<br>725.00/hr | 145.00 |
| | JB | Conference call with BLG team re pending items and upcoming deadlines<br>52 Case Administration | 0.20<br>550.00/hr | 110.00 |
| | JC | Conference call with BLG team re pending items and upcoming deadlines<br>52 Case Administration | 0.20<br>920.00/hr | 184.00 |
| | KH | Conference call with BLG team re pending items and upcoming deadlines<br>52 Case Administration | 0.20<br>1,140.00/hr | 228.00 |
| | MBS | Conference call with BLG team re pending items and upcoming deadlines<br>52 Case Administration | 0.20<br>550.00/hr | 110.00 |
| | NF | Conference call with BLG team re pending items and upcoming deadlines<br>52 Case Administration | 0.20<br>525.00/hr | 105.00 |
| | DRB | Review Notice of Appearance and Request for Service of Notice filed by Tammy Jones<br>52 Case Administration | 0.20<br>1,290.00/hr | 258.00 |
| | DRB | Review email from JC re conflicts list<br>52 Case Administration | 0.20<br>1,290.00/hr | 258.00 |
| | DRB | Review and analyze conflicts list and Draft email to BR re conflicts list<br>52 Case Administration | 0.80<br>1,290.00/hr | 1,032.00 |
| | DRB | Review email from BR re conflicts check<br>52 Case Administration | 0.20<br>1,290.00/hr | 258.00 |
| | DRB | Review email from DS re pro hacs<br>52 Case Administration | 0.20<br>1,290.00/hr | 258.00 |
| | DRB | Review email from KH re docket review<br>52 Case Administration | 0.40<br>1,290.00/hr | 516.00 |
| 4/1/2026 | DRB | Review Master Service List filed by Michael D. Sirota on behalf of Eddie Bauer LLC.<br>52 Case Administration | 0.20<br>1,290.00/hr | NO CHARGE |

Eddie Bauer, LLC                                                                                                  Page    13

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/2/2026 | JC | Email DRB re Eddie Bauer notice of appearance and pro hac vice for review.<br>52 Case Administration | 0.20<br>920.00/hr | 184.00 |
|  | JC | 2 pc's with DRB re employment papers<br>52 Case Administration | 0.30<br>920.00/hr | 276.00 |
|  | BR | 2 pc's DRB re doing conflict check<br>52 Case Administration | 0.30<br>550.00/hr | 165.00 |
|  | DRB | Review email from JC re notice of appearance<br>52 Case Administration | 0.20<br>1,290.00/hr | 258.00 |
|  | DRB | Draft email to JC re notice of appearance<br>52 Case Administration | 0.30<br>1,290.00/hr | 387.00 |
| 4/3/2026 | DRB | 2 pc's with JC re conflict check and employment papers<br>52 Case Administration | 0.30<br>1,290.00/hr | 387.00 |
|  | JC | 2 pc's with DRB re conflict check and employment papers<br>52 Case Administration | 0.30<br>920.00/hr | 276.00 |
| 4/6/2026 | DRB | 2 pc's with JC re conflict check and employment papers service<br>52 Case Administration | 0.20<br>1,290.00/hr | 258.00 |
|  | JC | 2 pc's with DRB re conflict check and employment papers service<br>52 Case Administration | 0.20<br>920.00/hr | 184.00 |
| 4/7/2026 | BR | Final conflict check prior to submission of employment app and Prohac and court documents<br>52 Case Administration | 3.40<br>550.00/hr | 1,870.00 |
|  | JC | Email DRB re conflict check<br>52 Case Administration | 0.20<br>920.00/hr | 184.00 |
|  | JC | Email BR re conflict check<br>52 Case Administration | 0.20<br>920.00/hr | 184.00 |
|  | DRB | Review Notice of Appearance and Request for Service of Notice for Christianson, Shawn<br>52 Case Administration | 0.20<br>1,290.00/hr | 258.00 |

Eddie Bauer, LLC                                                                                          Page    14

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/7/2026 | DRB | Review email from JC re completing conflict check<br>52 Case Administration | 0.20<br>1,290.00/hr | 258.00 |
|  | DRB | Review email from BR regarding service of employment application<br>52 Case Administration | 0.20<br>1,290.00/hr | 258.00 |
|  | DRB | Review email from KH re case update<br>52 Case Administration | 0.60<br>1,290.00/hr | 774.00 |
| 4/9/2026 | DRB | Review further email from KH re case update<br>52 Case Administration | 0.20<br>1,290.00/hr | 258.00 |
| 4/13/2026 | BR | Call from Mr. Caplin in Judges Chambers for Pro Hac application<br>52 Case Administration | 0.20<br>550.00/hr | 110.00 |
|  | BR | Call to JC to call Judges chambers for Pro Hac application<br>52 Case Administration | 0.10<br>550.00/hr | 55.00 |
|  | BR | Research admission dates for Texas and California for pro hac<br>52 Case Administration | 0.20<br>550.00/hr | 110.00 |
|  | JC | Email BR requesting research on state and federal bar admission dates for the pro hac application.<br>52 Case Administration | 0.10<br>920.00/hr | 92.00 |
|  | DRB | Review Debtors' Witness and Exhibit List for 4/16 Hearing<br>52 Case Administration | 0.30<br>1,290.00/hr | 387.00 |
|  | DRB | Review email from JC re admitted jurisdictions and disclosures in employment papers<br>52 Case Administration | 0.40<br>1,290.00/hr | 516.00 |
|  | DRB | Review email from KH re case update<br>52 Case Administration | 0.40<br>1,290.00/hr | 516.00 |
|  | DRB | 2 pc's with NF re preparation of request for notice and pro hac<br>52 Case Administration | 0.30<br>1,290.00/hr | 387.00 |
|  | KH | Email to co-counsel re: division of labor (0.1); email to BLG team re: latest docket activity (0.1)<br>52 Case Administration | 0.20<br>1,140.00/hr | 228.00 |

Eddie Bauer, LLC

Page    15

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/15/2026 DRB | Review Debtors' Agenda for 4/16 Hearing<br>52 Case Administration | | 0.20<br>1,290.00/hr | 258.00 |
| 4/16/2026 DRB | Review email from B.Sandler re update<br>52 Case Administration | | 0.40<br>1,290.00/hr | 516.00 |
| DRB | Pc with JC re pending issues and deadlines<br>52 Case Administration | | 0.20<br>1,290.00/hr | 258.00 |
| DRB | 2 Pc's with JC re pro hac and request for notice<br>52 Case Administration | | 0.30<br>1,290.00/hr | 387.00 |
| 4/19/2026 DRB | Review email from JC re orders entered on 4/16<br>52 Case Administration | | 0.30<br>1,290.00/hr | 387.00 |
| DRB | Review email from JC re details for pro hac<br>52 Case Administration | | 0.20<br>1,290.00/hr | 258.00 |
| 4/20/2026 BR | Email re address and order to DRB re pro hac check to be issued<br>52 Case Administration | | 0.10<br>550.00/hr | 55.00 |
| JC | Email DRB re orders entered on April 16<br>52 Case Administration | | 0.20<br>920.00/hr | 184.00 |
| JC | Email BR and MBS the Eddie Bauer PHV order with instructions to mail<br>the required admission fee check.<br>52 Case Administration | | 0.20<br>920.00/hr | 184.00 |
| DRB | Review email from KH re docket review and action items<br>52 Case Administration | | 0.60<br>1,290.00/hr | 774.00 |
| 4/22/2026 DRB | Several messages to/from JC re pro hac<br>52 Case Administration | | 0.20<br>1,290.00/hr | 258.00 |
| 4/30/2026 DRB | Review email from KH re docket review and action items<br>52 Case Administration | | 0.50<br>1,290.00/hr | 645.00 |
| 5/4/2026 KH | Review Eddie Bauer docket; update calendar with notable dates and<br>deadlines; email to BLG team re: same<br>52 Case Administration | | 1.10<br>1,140.00/hr | 1,254.00 |

Eddie Bauer, LLC                                                                                    Page    16

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | SUBTOTAL: | | [     23.10 | 22,497.00] |
|  | 76 Claim Administration and Objections | | | |
| 3/26/2026 | DRB | Review Debtors' Motion re Omnibus Claims Objection Procedures and related matters | 0.60 | 774.00 |
|  | | 76 Claim Administration and Objections | 1,290.00/hr | |
| 3/27/2026 | DRB | Review Order re Procedures re De Minimis Claims/Notice of Settlement/Related Relief | 0.30 | 387.00 |
|  | | 76 Claim Administration and Objections | 1,290.00/hr | |
| 4/7/2026 | DRB | Pc with KH re issues and deadlines as efficiency counsel | 0.20 | 258.00 |
|  | | 76 Claim Administration and Objections | 1,290.00/hr | |
|  | DRB | 2 pc's with JC re initial assignments | 0.20 | 258.00 |
|  | | 76 Claim Administration and Objections | 1,290.00/hr | |
|  | KH | Pc with DRB re issues and deadlines as efficiency counsel | 0.20 | 228.00 |
|  | | 76 Claim Administration and Objections | 1,140.00/hr | |
|  | JC | 2 pc's with DRB re initial assignments | 0.20 | 184.00 |
|  | | 76 Claim Administration and Objections | 920.00/hr | |
| 4/10/2026 | DRB | Review  Motion re Claims procedures filed by Debtor and related CNO | 0.40 | 516.00 |
|  | | 76 Claim Administration and Objections | 1,290.00/hr | |
| 4/16/2026 | DRB | Review Order re Omnibus Claims Objection Procedures/Substantive Claims Objections/Related Matters | 0.20 | 258.00 |
|  | | 76 Claim Administration and Objections | 1,290.00/hr | |
|  | SUBTOTAL: | | [      2.30 | 2,863.00] |
|  | 80 Disclosure Statement/Plan of Reorganization | | | |
| 3/26/2026 | DRB | Review Second Amended Joint Plan | 1.60 | 2,064.00 |
|  | | 80 Disclosure Statement/Plan of Reorganization | 1,290.00/hr | |
| 3/30/2026 | KH | Review of Plan & Disclosure Statement re: case background | 0.40 | 456.00 |
|  | | 80 Disclosure Statement/Plan of Reorganization | 1,140.00/hr | |

Eddie Bauer, LLC                                                                                    Page    17

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/1/2026 | DRB | Review Plan Supplement for the Second Amended Joint Plan of Reorganization of Debtors<br>80 Disclosure Statement/Plan of Reorganization | 1.10<br>1,290.00/hr | 1,419.00 |
| 4/2/2026 | DRB | Review Disclosure Statement Supplement re Second Amended Joint Plan of Reorganization of Debtors<br>80 Disclosure Statement/Plan of Reorganization | 1.20<br>1,290.00/hr | 1,548.00 |
| 4/8/2026 | DRB | Review Objection to Confirmation of Plan. filed by UST<br>80 Disclosure Statement/Plan of Reorganization | 0.80<br>1,290.00/hr | 1,032.00 |
| 4/13/2026 | DRB | Pc with JC re confirmation order<br>80 Disclosure Statement/Plan of Reorganization | 0.10<br>1,290.00/hr | 129.00 |
| 4/14/2026 | DRB | Review First Amended Plan Supplement re Second Amended Joint Plan of Reorganization<br>80 Disclosure Statement/Plan of Reorganization | 1.40<br>1,290.00/hr | 1,806.00 |
| 4/15/2026 | DRB | Review Westmoreland Declaration re Tabulation of Votes on the Second Amended Debtors' Joint Plan of Reorganization<br>80 Disclosure Statement/Plan of Reorganization | 0.20<br>1,290.00/hr | 258.00 |
|  | DRB | Review and Analyze Findings re Debtors Disclosure Statement/Third Amended Joint Plan of Reorganization<br>80 Disclosure Statement/Plan of Reorganization | 1.80<br>1,290.00/hr | 2,322.00 |
|  | DRB | Review Debtors' Memo of Law re Order Approving Disclosure Statement re Third Amended Joint Plan of Reorganization<br>80 Disclosure Statement/Plan of Reorganization | 1.60<br>1,290.00/hr | 2,064.00 |
|  | DRB | Review Stein Declaration re Confirmation of Third Amended Joint Plan of Reorganization of Debtors<br>80 Disclosure Statement/Plan of Reorganization | 0.20<br>1,290.00/hr | 258.00 |
|  | DRB | Review Pantelis Declaration re Confirmation of Third Amended Joint Plan of Reorganization of Debtors<br>80 Disclosure Statement/Plan of Reorganization | 0.20<br>1,290.00/hr | 258.00 |
|  | DRB | Review Debtors' Third Amended Joint Plan of Reorganization<br>80 Disclosure Statement/Plan of Reorganization | 1.70<br>1,290.00/hr | 2,193.00 |
| 4/16/2026 | DRB | Review Order Approving Debtors Disclosure/Third Amended Joint Plan of Reorganization<br>80 Disclosure Statement/Plan of Reorganization | 0.60<br>1,290.00/hr | 774.00 |
| 4/17/2026 | DRB | Pc with JC re confirmation and order re employment<br>80 Disclosure Statement/Plan of Reorganization | 0.20<br>1,290.00/hr | 258.00 |

Eddie Bauer, LLC                                                                                    Page     18

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/27/2026 DRB | Review Second Amended Plan Supplement for the Third Amended Joint Plan of Reorganization of Debtor | | 1.40 | 1,806.00 |
| | 80 Disclosure Statement/Plan of Reorganization | | 1,290.00/hr | |
| | SUBTOTAL: | | [      14.50 | 18,645.00] |

88 Plan Implementation

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/13/2026 DRB | Pc with JC re selection of plan trustee | | 0.10 | 129.00 |
| | 88 Plan Implementation | | 1,290.00/hr | |
| | JC | Pc with DRB re selection of plan trustee | 0.10 | 92.00 |
| | | 88 Plan Implementation | 920.00/hr | |
| 4/15/2026 DRB | Pc with Arian re selection as trustee and plan implementation issues | | 0.50 | 645.00 |
| | 88 Plan Implementation | | 1,290.00/hr | |
| | DRB | Pc with Paul N. Re trustee selection and plan implementation issues | 0.20 | 258.00 |
| | | 88 Plan Implementation | 1,290.00/hr | |
| 4/21/2026 DRB | 2 pc's with CL re pending issues and coming effective date | | 0.40 | 516.00 |
| | 88 Plan Implementation | | 1,290.00/hr | |
| | DRB | Pc with JC re plan implementation and transition issues | 0.20 | 258.00 |
| | | 88 Plan Implementation | 1,290.00/hr | |
| | JC | Pc with DRB re plan implementation and transition issues | 0.20 | 184.00 |
| | | 88 Plan Implementation | 920.00/hr | |
| 4/23/2026 DRB | Pc with CL re effective date issues | | 0.10 | 129.00 |
| | 88 Plan Implementation | | 1,290.00/hr | |
| 4/29/2026 JC | Email BR with the Eddie Bauer plan documents and clarification on the GUC Trustee identity | | 0.10 | 92.00 |
| | 88 Plan Implementation | | 920.00/hr | |
| | DRB | Review email from JC re GUC trust name | 0.20 | 258.00 |
| | | 88 Plan Implementation | 1,290.00/hr | |
| 4/30/2026 KH | Review Eddie Bauer docket; update calendar with notable dates and deadlines; email to BLG team re: same | | 1.20 | 1,368.00 |
| | 88 Plan Implementation | | 1,140.00/hr | |

Eddie Bauer, LLC

Page 19

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | SUBTOTAL: | | [ 3.30 | 3,929.00] |
| | 92 Committee Administration | | | |
| 3/31/2026 DRB | Review email from JC re committee declaration in support of BLG employment application and review and revise declaration<br>92 Committee Administration | | 0.60<br><br>1,290.00/hr | 774.00 |
| JC | Draft email to DRB re committee declaration in support of BLG employment application<br>92 Committee Administration | | 0.60<br><br>920.00/hr | 552.00 |
| 4/3/2026 JC | Emails to Richard Tock, Bradford Sandler, and DRB re BLG retention application and supporting committee declaration.<br>92 Committee Administration | | 0.20<br><br>920.00/hr | 184.00 |
| 4/11/2026 DRB | Pc with DAB re issues with Committee voting and selection of plan trustee<br>92 Committee Administration | | 0.30<br><br>1,290.00/hr | 387.00 |
| DRB | Follow up pc with DAB re Committee selection of trustee<br>92 Committee Administration | | 0.10<br><br>1,290.00/hr | 129.00 |
| 4/12/2026 DRB | Pc with DAB re issues within committee and selection of plan trustee<br>92 Committee Administration | | 0.40<br><br>1,290.00/hr | 516.00 |
| | SUBTOTAL: | | [ 2.20 | 2,542.00] |
| | **For professional services rendered** | | **97.10** | **$103,648.00** |
| | Additional Charges : | | | |
| 4/30/2026 HP | Online research expense (Lexis Nexis) | | | 856.00 |
| HP | Online research expense (Pacer) | | | 49.30 |
| 5/31/2026 HP | Online research expense (Lexis Nexis) | | | 420.00 |
| HP | Online research expense (Pacer) | | | 56.10 |
| | **Total additional charges** | | | **$1,381.40** |