**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler (N.J. Bar No. 009521996)
Robert J. Feinstein (admitted pro hac vice)
Shirley S. Cho (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
bsandler@pszjlaw.com
rfeinstein@pszjlaw.com
scho@pszjlaw.com

*Counsel to the Official Committee*
*of Unsecured Creditors*

| | |
|---|---|
| In re: | Chapter 11 |
| EDDIE BAUER LLC, *et al.*,[1] | Case No. 26-11422 (SLM) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date:** **July 21, 2026** <br> **Hearing Time:** **2:30 p.m. (ET)** <br> **Response Deadline:** **July 13, 2026** |

### NOTICE OF HEARING ON FINAL FEE APPLICATIONS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' PROFESSIONALS

**PLEASE TAKE NOTICE** that on July 21, 2026, at 2:30 p.m. (prevailing Eastern Time),

or as soon thereafter as counsel may be heard, a hearing will be held before the Honorable

Stacey L. Meisel, United States Bankruptcy Judge, at the United States Bankruptcy Court for the

District of New Jersey, Courtroom 3A, 50 Walnut Street, Third Floor, Newark, NJ 07102, or

---

[1] The last four digits of Debtor Eddie Bauer LLC's tax identification number are 6060. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/EddieBauer. The location of Debtor Eddie Bauer LLC's principal place of business is 10401 Northeast 8th Street, Suite 500, Bellevue, WA 98004; the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Suite B100, Plano, TX 75024.

such other physical or virtual location as may be determined by the Court, on the below final fee

applications ("Final Fee Applications"):

| Professional | Final Application Docket No. | Total Fees Requested | Total Expenses Requested | Total Request |
|---|---|---|---|---|
| **Pachulski Stang Ziehl & Jones LLP** Counsel to the Official Committee of Unsecured Creditors | 559 | $753,969.50 | $4,716.58 | $758,686.08 |
| **Province LLC** Financial Advisor to the Official Committee of Unsecured Creditors | 561 | $886,418.00 | $260.00 | $886,678.00 |
| **Brinkman Law Group, PC** Administrative/Efficiency Counsel to the Official Committee of Unsecured Creditors | 563 | $103,648.00 | $1,381.40 | $105,029.40 |

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in

the above Final Fee Applications shall: (i) be in writing, (ii) state with particularity the basis of

the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court

electronically by attorneys who regularly practice before the Bankruptcy Court in accordance

with the *General Order Regarding Electronic Means for Filing, Signing, and Verification of

Documents dated March 27, 2002* (the "General Order") and the *Commentary Supplementing

Administrative Procedures dated as of March 2004* (the "Supplemental Commentary") (the

General Order, the Supplemental Commentary and the User's Manual for the Electronic Case

Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy

Court) and, by all other parties-in interest, on CD-ROM in Portable Document Format (PDF),

and shall be served in accordance with the General Order and the Supplemental Commentary, so

as to be received no later than July 13, 2026.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these

Chapter 11 cases may be obtained free of charge by visiting the website of Stretto at

https://cases.stretto.com/eddiebauer/. You may also obtain copies of any pleadings by visiting the

Court's website at https://www.njb.uscourts.gov/ in accordance with the procedures and fees set

forth therein.

Dated:  June 24, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Bradford J. Sandler*

Bradford J. Sandler (N.J. Bar No. 009521996)
Robert J. Feinstein (admitted *pro hac vice*)
Shirley S. Cho (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
bsandler@pszjlaw.com
rfeinstein@pszjlaw.com
scho@pszjlaw.com

*Counsel to the Official Committee of Unsecured
Creditors*

3