| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**BRINKMAN LAW GROUP, PC**<br>Daren R. Brinkman (admitted *pro hac vice*)<br>543 Country Club Drive, Suite B<br>Wood Ranch, California 93065<br>Telephone: (818) 597-2992<br>firm@brinkmanlaw.com<br><br>Jory D. Cook (NJ Bar No. 058892013)<br>515 Madison Ave., 9th Fl.<br>New York, NY 11002<br>jc@brinkmanlaw.com<br><br>*Administrative/Efficiency Counsel to the*<br>*Official Committee of Unsecured Creditors* | |
| In re:<br><br>EDDIE BAUER LLC, *et al.*,[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No. 26-11422 (SLM)<br><br>Judge: Stacey L. Meisel<br>(Jointly Administered) |

**CERTIFICATION OF NO OBJECTION REGARDING FINAL FEE APPLICATION
OF BRINKMAN LAW GROUP, PC, AS ADMINISTRATIVE/EFFICIENCY
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The undersigned hereby certifies that:

1.      On June 23, 2026, Brinkman Law Group, PC ("BLG"), administrative/efficiency

counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-

captioned debtors and debtors in possession (the "Debtors"), filed and served[2] the *Final Fee*

---

[1] The last four digits of Debtor Eddie Bauer LLC's tax identification number are 6060. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/EddieBauer. The location of Debtor Eddie Bauer LLC's principal place of business is 10401 Northeast 8th Street, Suite 500, Bellevue, WA 98004; the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Suite B100, Plano, TX 75024.

[2] *See Certificate of Service* [Docket No. 566].

*Application of Brinkman Law Group, PC, as Administrative/Efficiency Counsel to the Official Committee of Unsecured Creditors* [Docket No. 563] (the "Application"),[3] seeking (i) allowance of compensation for professional services rendered to the Committee in the amount of $103,648.00 and (ii) allowance and reimbursement of actual and necessary expenses in the amount of $1,381.40, in each case for the period from March 26, 2026 through June 22, 2026.

2.  On June 24, 2026, the *Notice of Hearing on Final Fee Applications of the Official Committee of Unsecured Creditors Professionals* [Docket No. 564] (the "Notice") was filed and served.

3.  Pursuant to the Notice, the deadline for parties to object to the Application was July 13, 2026 (the "Objection Deadline"). As of the date hereof, no objection or other responsive pleading to the Application has been filed on the docket of these chapter 11 cases, and no informal objection or response to the Application has been received by BLG.

4.  A proposed order granting the Application is attached hereto as **Exhibit A** (the "Proposed Order").

5.  Accordingly, the undersigned respectfully requests that the Proposed Order granting the Application attached hereto as **Exhibit A** be entered at the earliest convenience of the Court.

---

[3] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application.

Dated: July 19, 2026

**BRINKMAN LAW GROUP, PC**

*/s/ Jory D. Cook*
Jory D. Cook (NJ Bar No. 058892013)
515 Madison Ave., 9th Fl.
New York, NY 11002
Telephone: (818) 597-2992
jc@brinkmanlaw.com

-and-

Daren R. Brinkman (admitted *pro hac vice*)
543 Country Club Drive, Suite B
Wood Ranch, California 93065
Telephone: (918) 931-4163
firm@brinkmanlaw.com

*Administrative/Efficiency Counsel to the*
*Official Committee of Unsecured Creditors*

| **Caption in Compliance with D.N.J. LBR 9004-1(b)** **BRINKMAN LAW GROUP, PC** Daren R. Brinkman (admitted *pro hac vice*) 543 Country Club Drive, Suite B Wood Ranch, California 93065 Telephone: (818) 597-2992 firm@brinkmanlaw.com Jory D. Cook (NJ Bar No. 058892013) 515 Madison Ave., 9th Fl. New York, NY 11002 jc@brinkmanlaw.com *Administrative/Efficiency Counsel to the* *Official Committee of Unsecured Creditors* | |
|---|---|
| In re: EDDIE BAUER LLC, *et al.*,[1] Debtors. | Chapter 11 Case No. 26-11422 (SLM) Judge: Stacey L. Meisel (Jointly Administered) |

### ORDER APPROVING FINAL FEE APPLICATION OF BRINKMAN LAW GROUP, PC, AS ADMINISTRATIVE/EFFICIENCY COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

---

[1] The last four digits of Debtor Eddie Bauer LLC's tax identification number are 6060. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/EddieBauer. The location of Debtor Eddie Bauer LLC's principal place of business is 10401 Northeast 8th Street, Suite 500, Bellevue, WA 98004; the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Suite B100, Plano, TX 75024.

Page:        2
Debtor:      Eddie Bauer LLC
Case No.:    26-11422 (SLM)
Caption:     Order Approving Final Fee Application of Brinkman Law Group, PC, as
             Administrative/Efficiency Counsel to the Official Committee of Unsecured
             Creditors

Upon the *Final Fee Application of Brinkman Law Group, PC, as Administrative/ Efficiency Counsel to the Official Committee of Unsecured Creditors* [Docket No. 563] (the "Application");[2] and it appearing to the Court that all of the requirements of section 330 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1 have been satisfied; and it further appearing that the fees for services rendered and expenses incurred by Brinkman Law Group, PC ("BLG") were reasonable and necessary; and adequate and appropriate notice of the Application having been provided; and the Court having reviewed the Application; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED THAT:**

1.      The Application is APPROVED as set forth herein.

2.      BLG is awarded final compensation in the amount of $103,648.00 for fees on account of reasonable and necessary professional services rendered to the Committee by BLG and reimbursement of actual and necessary expenses in the amount of $1,381.40 for the period from March 26, 2026 through June 22, 2026.

3.      The Debtors are authorized and directed to pay BLG the outstanding amount of such sums.

4.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application.